### IN RE Laurence F. JOHNSON

**A Member of the Bar of the District of Columbia Court of Appeals**

**No. 17–BG–1083**

District of Columbia Court of Appeals.

(FILED—December 21, 2017)

**Bar Reg. No. 934398**

BEFORE: Glickman and McLeese, Associate Judges, and Steadman, Senior Judge.

### ORDER

PER CURIAM

On consideration of the certified order of the Maryland Court of Appeals indefinitely suspending respondent from the practice of law in the state of Maryland by consent with a right to seek reinstatement after ninety days; this court's October 10, 2017, order temporarily suspending respondent and directing him to show cause why functionally equivalent reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel regarding reciprocal discipline; and it appearing that respondent did not file a response to this court's show cause order but did timely file the required D.C. Bar R. XI, § 14 (g) affidavit, it is

ORDERED that Laurence F. Johnson is hereby suspended from the practice of law in the District of Columbia for ninety days,

*nunc pro tunc* to October 10, 2017, with reinstatement subject to a fitness requirement. *See In re Sibley*, 990 A.2d 483, 487–88 (D.C. 2010) (explaining that the presumption of identical discipline in D.C. Bar R. XI, § 11 (c) will prevail except in "rare" cases); *In re Cole*, 809 A.2d 1226, 1227 n.3 (D.C. 2002) (explaining that in unopposed reciprocal matters the "imposition of identical discipline should be close to automatic"). This discipline is concurrent with the discipline imposed by this court in *In re Johnson*, 158 A.3d 913 (D.C. 2017).